# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RODRICK COLEMAN

NO. 2022 KW 0155

**APRIL 8, 2022**

---

In Re:    Rodrick Coleman, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-13-0950.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

                            PMc
                            JEW
                            MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT